IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DOMINION ENTERPRISES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:09-cv-634 |
| ) | |
| <DOMINIONENTERPRISESCO.COM>, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate

Judge dated January 15, 2010 recommending entry of default against Defendant

<dominionenterprisesco.com>. The Defendant has not filed any objections to the Report and

Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the

findings and recommendation of the Magistrate Judge. Thus, it is hereby

ORDERED that judgment is entered against Defendant <dominionenterprisesco.com> for

violations of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

ORDERED that VeriSign Global Registry Services, as registrar of the infringing domain

name <dominionenterprisesco.com>, TRANSFER registration of <dominionenterprisesco.com>

to Plaintiff, pursuant to 15 U.S.C. § 1125(d)(1)(C).

It is further ORDERED that Registrant is ENJOINED from using the

<dominionenterprise.org> domain name, DOMINION ENTERPRISES Mark, the

DOMINIONENTERPRISESCO.COM Mark, or colorable imitations thereof, in connection with the advertising, promotion, sale, or distribution of Registrant's goods or services.

The Clerk of Court is ORDERED to enter judgment against Defendant.

February 2, 2010
Alexandria, Virginia

/s/ LOy

Liam O'Grady
United States District Judge

/s/
Liam O'Grady
United States District Judge